(1)

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2018 JUN 21  PM 12: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOHN O. EZE
(Plaintiff)

Vs.

UNITED STATES OF
AMERICA,
COMMONWEALTH OF
MASSACHUSETTS,

ENDEAVOR CAPITAL
FUNDING, LLC.,
MASS. PROPERTIES INS.
INC.,
SCOT DEMELLO,
JEFFREY JOHNSON, attny,
ROSEMARY JOHNSON
ROSEMARY TRIANI, attny,
RUSSELL PECK JR., attny,
JOHN DOE XYZ CORP.,
JOHN DOE 1 thru 100
(Defendants)

CIVIL ACTION

NO. _____

COMPLAINT FOR CIVIL
DAMAGES, DECLARATIVE
AND INJUNCTIVE RELIEF

JURY DEMAND

PARTIES:

1. Plaintiff, John O. Eze, is a resident of Boston, Massachusetts and resides at 30 Topliff Street, Dorchester, MA., County of Suffolk, MA., at all times herein material.

2. Defendant United States of America is a governmental entity and employer of the various U.S. agents and officials of the executive and judicial arm of the United States, at all times herein mentioned.

3. Defendant Commonwealth of Massachusetts is a governmental entity and employer of the various officials of The executive and judicial arm of the State of Massachusetts, at all times herein mentioned.

4. Defendant Endeavor Capital Funding, LLC, is a Massachusetts based Real Estate Funding and Property acquisition limited liability Company existing under the laws of Massachusetts, at all times herein mentioned. Endeavor Capital F., has its Corporate offices located at 401? S. Huntington Avenue, Jamaica Plain, MA., at all times herein mentioned.

5. Defendant John Doe Corp. is a Massachusetts based property acquisition Corp. created by Endeavor Capital Funding, LLC., for the sole purpose of fraudulently depriving Eze of his property. Endeavor unlawfully foreclosed on Eze's property it had no valid mortgage on.

6. Defendant Scot Demello is a Road Island licensed attorney with a principal place of business located in Warwick, RI.

7. Defendant Jeffrey Johnson is a Massachusetts licensed attorney with a principal place of business located at 1505 Pond Road, Centerville, MA., at all times herein mentioned.

8. Defendant attny Rosemary Iriani is a Massachusetts licensed attorney with a principal place of business located at 401 S. Huntington Avenue, Jamaica Plain, MA., at all times herein mentioned.

9. Defendant Russell Pack Jr. is a Massachusetts based licensed attorney with a principal place of business is 506 Washington Street, Braintree, MA., at all times herein mentioned.

10.   This action is brought pursuant to the provisions of 42 U.S.C. § 1981, 1983, 1985, 1986, and under Bivens vs. Six Unknown Agents, and under Aliens Torts Claims Act (ATCA), action is further brought under Federal Torts Claims Act as well as Massachusetts Civil Rights Act).

11      <u>Jurisdiction :</u>

Jurisdiction is conferred on this Court pursuant to 28 U.S.C. ~~§ 1981, to~~ § 1331, § 1631, declarative action, and injunctive action.

## <u>STATEMENT OF FACTS</u>

12.  Since 1988 when Mr. Eze's illegal status was brought to the attention of the (DHS) Department of Homeland Security, the United States Government has subjected Eze to the worst case of human rights abuse visited on a single person on American soil.

13.   This abuse spanned a twenty-seven and one-half year period when Eze was imprisoned for approximately three years on alleged "overstay."

14. For more than Fourteen (14) years now, The government has failed to provide any evidence of a material misrepresentation by Eze on his application for legalization, much less carrying its burden Eze merits deportation.

15. During the same time frame, The government conspired with private individuals, the law enforcement and local business and government entities who violated Eze's Constitutional and Civil rights to attempt the deportation/removal of Eze to shield the Culprits from civil or criminal prosecution.

16. In 2017, United States bankruptcy Court in Boston, apparently under the direction and urging of Judge F. E. Bailey, Called the Homeland Security Agents on Eze at the Bankruptcy Court in an attempt to prevent Eze from appealing an order issued by the Judge.

17. The arrest and current detention of Eze and his scheduled removal is a result of a conspiracy between Certain individuals, including Endeavor Capital

Funding who has employed the DHS to effect Eze's deportation in order to perfect the unlawful foreclosure or deprivation of Eze's property through grand theft of a property it has no mortgage on.

18. United States government has interest in deporting Eze to enable Endeavor Capital Funding to deprive Eze of property valued at $900,000.00.

19. The United States government engaged in a heinous crime when it scheduled Eze's removal to Nigeria and left him without a cent in his pocket, despite the fact Eze owned a retail store and property worth about $900,000.00

20. The United States government has an unwritten policy, custom and practice of using the Courts, law enforcement officials, and judges to subject immigrants of the dark continent of Africa to physical and

mental abuse and deprivation of property
and access to Courts. The United States
government have knowledge the United States
Courts, State and federal government law
enforcement officials and their Courts
deprive immigrants of Constitutional rights
and international human rights laws.

21.

During the Course of twenty-Seven (27),
the United States government falsely
imprisoned Eze on four different occassions
under the pretext that plaintiff "overstayed"
his visa. Eze was imprisoned in excess of
three years.

22.   The wrongful imprisonment of Eze
exposed him to serious physical
permanent medical injuries that can
be medically proven to shorten his
life and has otherwise led him to
serious life medical ailments, such
as high blood pressure, diabetise and
proven physical appearance Changes,

(8)

23. Because of the abuse Eze has been subjected to by the United States for subjecting him to malicious removal proceedings and imprisonments, and because of the abuse the other defendants have subjected Eze to, he has been unable to settle down to have a normal life and have kids and a family of his own.

24. Because the U.S. Government has subjected Eze to abuse and deprived him of his resident status, he has been targeted by the law (local) enforcement and government officials because of the perception Eze is vulnerable.

25. Courthouse records accrose Boston area courts will also show Eze was also a victim of racial bigotry in the judicial system, and was repeatedly targeted by judges because of the perception that

(4)

he was unrepresented by Counsel.

26. U.S. District Court and Suffolk County Superior Court dockets will reveal that Eze's entire legitimate civil rights and civil rights Complaints/business Complaints were all dismissed in order to deprive Eze of access to Courts.

27. The Bankruptcy Court dismissed Eze's bankruptcy to allow a loan shark (Endeavor Capital) foreclose on a property it had no valid mortgage on because Eze's property value trippled in under five years.

28. In 2012/2013, a Suffolk Superior Court Judge, Brieger, conspired with an assistant Clerk, John Powers, to deprive Eze of his retail business. The Judge endorsed the deprivation by failing to protect Eze's

business and property.

29. Following the deprivation of a fair hearing by Judge Brieger who failed to enforce her own order to release Eze's business inventory, Brieger improperly influenced the Massachusetts Court of Appeals into denying Eze the protections of the United States Constitution. The Court affirmed the Superior's denial order without opinion.

30. From 2013 to 2016, Eze was rendered penniless after the loss of his business as he was forced to file bankruptcy to protect his home. Eze was hymmiliated in bankruptcy Court and laughed at for not having money to make bankruptcy payments. Not surprisenly the bankruptcy court lifted the automatic stay and allowed foreclosure for the same court induced insolvancy on Eze.

31.

31. Between 2014 and 2017, bankruptcy Judge F. Bailey targeted Eze for harassment and deprivation of Constitutional rights and access to Court. Judge Bailey denied Eze the right to conduct discovery on a clear mortgage fraud case wherein Endeavor Capital fraudulently inflated it's proof of claim and the Court attempted to force Eze to pay the entire claim in five years.

32.  Bailey subjected Eze to the worst worse form of Constitutional rights violations, including using the Court-house security guards to harass Eze on the day of oral argument on Endea-vor's Motion to Dismiss. Bailey Prevented Eze from getting attorney representation by virtue of his opinions and prejudicial orders. The collusion between the lender, Endeavor Capital, Judge Bailey and Chapter 11 bankruptcy Trustee Eric Bradford, caused Eze his property and deportation.

33. Endeavor Capital and its attorneys have colluded with every Counsel Eze has retained.

34. The discriminatory actions taken by the Federal & State Courts allowed the private lender, Endeavor, to foreclose on a property it has no valid mortgage on.

35. The Boston Police Department failed to protect Eze's property and his retail business and as a result Eze suffered an injury.

36. The United States intentionally termina-ted Eze's Status to cause his deportation and Consequently Ameri--can government is directly liable to the injury Eze suffered as a result of his deportation.

37. The ICE also colluded with attorney Rahul Machanda of ~~Maha~~ Manhattan to cause Eze's removal.

38. On In 2003, Eze sustained injury while under ICE Custody in South Bay Detention Center. Eze sustained also a cut which later developed into a keloids which the medical department failed to treat and misdiagnised.

39. In 2018, Eze reinjured this keloids which a doctor at the Shattuck Hospital scheduled for a surgery.

40. ICE refused to allow Eze to have this surgery and claimed ICE doctor has cleared Eze ready and fit for removal. ICE claimed Eze medical treatment for a condition that has no treatment in Nigeria.

41. Eze has suffered because of the medical neglect and given the size of the keloid that required removal.

42. Eze has suffered and continue to suffer because of the medical neglect.

43. The Bankruptcy Court's dismissal of Eze's adversary action constituted due process violation of Eze's rights.

44. Similarly, Eze's due process rights were violated when the Suffolk Superior Court judge dismissed all actions filed by Eze and ruled against him on all cases filed in that Court.

45. Endeavor's counsel knowingly and maliciously engaged in a litigation calculated to deprive Eze of his property and conduct was calculated to unlawfully enrich themselves and Endeavor Capital Funding. Endeavor's attorneys intentionally and knowingly colluded with every lawyer that has represented Eze, with the goal of depriving Eze of his property and to subvert justice.

46. The Bankruptcy Court deprived Eze a fair hearing and due process during the oral argument hearing in or around May, 2017, on Endeavor's Motion to dismiss Eze's Adversarial action.

47. Eze was denied due process by bankruptcy Judge F. Bailey when he failed to grant Eze a continuance of the hearing to obtain medical treatment. In the face of compelling evidence of medical illness the Judge went forward with the hearing and denied Eze meaningful opportunity to his Case. See Transcript of hearings before Judge Bailey of the Bankruptcy Court.

48. The bankruptcy improperly attempted to dismiss Eze's Chapter 11 bankruptcy on the pretext that Eze lacked Insurance on the property.

49. Chapter 11 bankruptcy Trustee, Eric Bradford, impermissibly took side with fraudulent lender when Bradford filed a motion to dismiss Eze's appeal with the U.S. District Court and knowingly and maliciously listed Eze as a corporation (Urban Gear Outfitters) to support Endeavor's contention that it made a commercial loan to an legal entity.

50. Two U.S. District Court Judges (Judge Tawanaka and Judge Jane DOE) sued here for violation of Eze's rights to due process and deprivation of access to Courts, engaged in judicial misconduct when they intentionally denied Eze his right to appeal a bankruptcy order that went to the heart of the case (merits); one dismissed adversary action and the other failed to act on an emergency motion for about five(5) months and when she did, unfairly determined Eze did not need an appeal!

51. Judge F. E. Bailey improperly influenced District Court and 1st Circuit decisions that deprived Eze of his a fair hearing, his property, and his eventual removal by DHS. There is no question that Eze would not have gotten a fair hearing no matter what merits his case might have.

## CAUSES OF ACTION:

52.

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

Plaintiff repleads the allegations from paragraph 9 through 51 and further alleges that the defendants knowingly engaged in their reckless and malicious conduct with the intent to inflict emotional distress on Eze and that their conduct inflicted emotional distress on Eze who suffered injury.

53. Defendants' conduct (three year imprisonment on "overstay" and termination of status) was reckless, wanton, malicious, and beyond the sense of decency accepted in a civilized society so as to warrant an award of punitive damage to the plaintiff.

54. NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS.

Plaintiff incorporates by reference all the allegations asserted in paragraph 1 through 53 and further realleges as follows:

Defendants conduct negligently inflicted emotional distress on a defenseless immigrant whose only crime is being a foreigner and black in a racist country.

55. WRONGFUL FORECLOSURE OF PROPERTY

Plaintiff incorporates by reference all the allegations made in paragraphs 1 thru

55. 55 and by so doing repleads them with full force.

Endeavor's theft of Eze's property it has no valid mortgage on constitutes wrongful foreclosure. Endeavor's foreclosure of a $900,000.00 house it alleged to have made a $1210,000.00 mortgage loan on constituted criminal theft and grand larceny and requires federal indictment of Endeavor's officers.

56. CONSPIRACY BY U.S. AGENTS TO DEPRIVE EZE OF HIS PROPERTY:

Plaintiffs incorporates by reference allegations of Paragraph 1 through 51, and paragraph 52 through 55 and by so doing repleads them with full force.

The United States Government engaged in a conspiracy to aid corrupt corporation engaged in a criminal enterprise to

deprive Eze of his home he owned for more than ten (10) years and to send him home to a land he had not set foot on for more than 38 years penniless.

57.    BREACH OF CONTRACT BY ENDEAVOR CAPITAL.

Endeavor Capital breached an alleged loan contract when it claimed to have advanced the sum of $275,000.00 mortgage to Eze paper but made no such cash disbursement to Eze in order to support an alleged mortgage on Eze's property. Endeavors conduct constituted fraud because it claimed to have made a loan to Eze but actually made no such loan. Endeavor also breached a rehab loan contract.

58.

58,

CAUSE OF ACTION AGAINST U.S. GOVT.
FOR LIABILITY FOR INJURY SUFFERED
UNDER U.S. CUSTODY (ICE)

Plaintiff incorporates by reference
allegations asserted in paragraphs 1 thru
Paragraph 57 and accordingly repleads
them with full force.

Eze sustained injury under ICE
custody in 2003. Eze was seen by ICE
medical unit and told injury (ketoids)
that developed was not cancerous and
will go away. In 2018, Eze reinjured
the existing injury and was denied
medical care by ICE notwithstanding
a doctor at the Shattuck Hospital had
scheduled a surgery and that Eze
will not find the right medical treatment
in Nigeria. U.S. Government simply wants
to avoids responsibility/Liability for the
grave injury.

59.

CAUSE OF ACTION AGAINST U.S. GEVT.
FOR UNLAWFUL REMOVAL !

FILED
IN CLERKS OFFICE
2018 JUN 21 PM 12: 56
U.S. DISTRICT COURT
DISTRICT OF MASS.

Plaintiff incorporates by reference
allegations asserted in Paragraph 1 through 58
and accordingly repleads them with full force.

U-S. Government wrongfully and
unlawfully caused Eze to be removed
and deprived Eze the oppurtunity
to have a judicial review of the final
order of removal issued by the adminis-
trative agency. Action by the U-S-Gout
was motivated by fraud and malice, and
a further attempt to humiliate and
damage Eze.

60.    CAUSE OF ACTION AGAINST THE GOVT
       FOR ASSAULT AND BATTERY ON EZE
       BY ICE AGENTS IN 1990

Plaintiff incorporates by reference allega-
tions asserted in paragraph 1 through 59
and accordingly repleads them as though
fully set forth herein.

Plaintiff was assaulted by several
ICE agents in b'at the conclusion of
the 1990 deportation hearing. During the
hearing, ICE brought about Seven (7) Boston
University Campus Police Officers who had
assaulted Eze to serve as government
witness. The assault by ICE Officers on
Eze was a resulted of heated tension in
the Court room wherein Eze accused The
cops of racial bias. Eze was clearly
eligible for a U visa as grounds to
avoid deportation but ICE and detention
facilities frustrated Eze's efforts to secure
form B certification and gather other
supporting documents.

# PRAYER FOR RELIEF

Plaintiff seeks the following relief(s) to address his injuries:

1. Punitive and Compensatory damages in the amount of $700,000,000.00

2. A declaration that Endeavor Capital Funding never had a valid mortgage on Eze's property

3. An Order to compel the DHS to promptly reinstate Eze resident status and grant him Citizenship.

4. An immediate injunction against Endeavor Capital Funding against any act to transfer ownership of Eze's property and a further injunction against any sale of the property to any third party pending the resolution of the wrongful foreclosure suit.

5. Any other relief the Court may deem just and appropriate.

6. Eze. demands a jury trial on all issues asserted here in this complaint.

Finally, Eze respectfully requests a change of venue for the litigation of this complaint and all other matters Eze has at this jurisdiction and at the first circuit because of obvious and demonstrated prejudice a bias presently exists and will definitely be present once a judge in this district court is sued. Eze will never get a fair hearing.

Dated: June 12, 2018.

Respectfully Submitted

John Eze.